FILED
SEP 20 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:11-CR-348-PMP-(PAL)<br>) |
| MICHAEL ADAM MIRANDA, | )<br>) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE

On May 4, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2253(a)(1) and (a)(3), based upon the plea of guilty by defendant MICHAEL ADAM MIRANDA to a criminal offense, forfeiting specific property alleged in the Indictment and the Bill of Particulars and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant MICHAEL ADAM MIRANDA pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 20; Plea Memorandum, EFC No. 22; Minutes of Change of Plea Proceedings, EFC No. 21; Preliminary Order of Forfeiture, ECF No. 23.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 11, 2012, through June 9, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 25.

. . .

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

      a)    a Dell Dimension 3000 desktop, Serial Number FRWPG81;

      b)    a Maxtor hard drive, Serial Number Y4DF5QCE;

      c)    a Seagate Free Agent Desk hard drive, Serial Number 2GEXMGDY;

      d)    a Seagate SATA hard drive, Serial Number 5VM4Y210;

      e)    CDs /DVDs containing child pornography; and

      f)    any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received; computer images, including movie and still image files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

. . .

1 |       The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2 | certified copies to the United States Attorney's Office.
3 |       DATED this 26 day of Sept, 2012.

                        UNITED STATES DISTRICT JUDGE